I, **PAM ESTES, Clerk** of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Gary Ramsey and Sandra Ramsey, Plaintiffs in the trial court secured an extension of sixty-nine (69) days in which to file Appellants' Brief in the following numbered and entitled cause:

**Gary Ramsey and Sandra Ramsey**

**No. 12-16-00155-CV**          **vs.**

**Caterpillar Inc.**

This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.

WITNESS MY HAND and seal of said Court at Tyler, Texas, this 1st day of December 2017, A.D.



Respectfully yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk